UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FELIX O. PICHARDO, | ) | Case No. CV 09-9494 SVW(JC) |
| Plaintiff, | ) ) | (PROPOSED) |
| v. | ) ) | JUDGMENT |
| MICHAEL L. BENOV, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: January 27, 2011

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE